IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARK S. BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20-cv-00906-NAB |
| ) | |
| FRANCINA S. HOFFMAN, M.D., ) | |
| and CARL W. LANGE, PA, ) | |
| ) | |
| Defendants. ) | |

**AMENDED JOINT STIPULATION OF FACTS**

This is a case alleging medical malpractice that has been filed by Plaintiff, Mark Brown. Mr. Brown alleges that on December 25 and 26, 2016 in the Phelps Health Emergency Department in Rolla, Missouri, Defendants Carl Lange, PA and Francina Hoffman, M.D., failed to properly treat an infection in Mr. Brown's foot. Those allegations are denied by the Defendants. Mr. Brown was later treated at My Community Health Center in Rolla and Barnes Hospital in St. Louis.

Mr. Brown is represented by attorney Mike Fatall from Kansas City, Missouri. Carl Lange and Francina Hoffman are represented by attorneys Ed Clausen and Josh Hill from Jefferson City, Missouri.

| | |
|---|---|
| /s/ G. Michael Fatall | /s/ Joshua L. Hill |
| G. MICHAEL FATALL    #20436MO | Edward C. Clausen    #34621MO |
| 10401 Holmes Rd. Suite 490 | Joshua L. Hill    #62951MO |
| Kansas City, MO 64131 | NEWMAN, COMLEY & RUTH P.C. |
| (816) 471-6444, FAX: (816) 471-6664 | 601 Monroe Street, Ste. 301 |
| gfatall@ssfs.com | P.O. Box 537 |
| ATTORNEY FOR PLAINTIFF | Jefferson City, MO 65102 |
| | (573) 634-2266; FAX: (573) 636-3306 |
| | ed.c@ncrpc.com |
| | hillj@ncrpc.com |
| | ATTORNEYS FOR DEFENDANTS |